## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

### JACKSONVILLE DIVISION

### CASE NO. _____

|  |  |
|---|---|
| APR ENERGY HOLDINGS LIMITED, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| GENERAL ELECTRIC INTERNATIONAL | ) |
| OPERATIONS COMPANY, INC., | ) |
|  | ) |
| Defendant. | ) |

### COMPLAINT

1.      Plaintiff APR Energy Holdings Limited ("APR") as its complaint against Defendant General Electric International Operations Company, Inc. ("GE") alleges as follows:

### NATURE OF THE ACTION

2.      In 2017, GE contracted with Pemex, the fully integrated Mexican oil company, to provide temporary power generation solutions for the Pemex oil refinery located in Salina Cruz, Mexico.

3.      GE then entered into a contract with APR on October 5, 2017 (the "Term Sheet") for APR to provide two TM2500+ GEN8 gas turbine packages along with mobilization, installation, commissioning, engineering, operations, and maintenance services so GE could meet its obligations to Pemex.  The Term Sheet is attached as Exhibit A.

4.      The Term Sheet says that APR Energy Holdings LLC is party to the Term Sheet.  Exhibit A, p. 1, Contracting Entities.  The actual name of the intended party to the Term Sheet is APR Energy Holdings Limited ("APR"), not APR Energy Holdings LLC.

5.      On April 20, 2018, GE and APR executed a letter agreement (the "Letter Agreement") that revised the Term Sheet.  The Letter Agreement is attached as Exhibit B.

6.      The Letter Agreement indicates that APR Energy Holdings LLC is party to the Letter Agreement. Exhibit B.  The actual name of the intended party to the Letter Agreement is APR Energy Holdings Limited ("APR"), not APR Energy Holdings LLC.

7.      APR herein refers to the Term Sheet, as modified by the Letter Agreement, as the "Agreement."

8.      Pursuant to the Agreement, APR sent GE invoices, some of which GE paid.  This shows that GE knows that the actual and intended party to the Agreement is APR (APR Energy Holdings Limited), not APR Energy Holdings LLC.

9.      APR also sent GE invoices totaling $10,459,298.55 that GE has failed to pay. These invoices are for services that APR rendered to GE pursuant to the Agreement and reflect amounts due to APR pursuant to the Agreement.  These invoices are attached as Exhibit C.

## THE PARTIES

10.     Plaintiff APR is registered in England and Wales with company number 07105073.  APR's principal place of business is in Jacksonville, Florida.

11.     Defendant GE is a Delaware Corporation.  On information and belief, GE's principal place of business is in Fairfield, Connecticut.

## JURISDICTION

12.     This Court has specific personal jurisdiction over GE by virtue of its contacts with Florida related to the dispute in this case because GE breached a contract in Florida by failing to pay moneys owing to APR in Jacksonville, Florida and because GE negotiated the Agreement, in part, in Jacksonville, Florida.

13.    This Court has subject matter jurisdiction over the claims asserted herein pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

14.    Venue is proper in this judicial district pursuant to 29 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

15.    All conditions precedent to the bringing of this action have occurred, been waived or been performed.

## BACKGROUND FACTS

16.    APR and its affiliated companies provide turnkey power generation solutions for public and private projects worldwide by rapidly deploying mobile, large-scale power plants in cases of power shortages and natural disaster.

17.    APR has from time to time also worked to assist GE when GE has provided similar power generation solutions.

18.    In 2017, GE entered into a contract with Pemex to provide two TM2500+ GEN8 gas turbine packages to the Pemex Salina Cruz oil refinery.

19.    The TM2500+ GEN8 gas turbines are aeroderivative turbines that were designed and manufactured by GE's affiliates.  The packages comprised the TM2500+ GEN8 turbines and the related equipment used to generate electricity when the TM2500+ GEN8 turbines burn diesel fuel.

20.    Pursuant to the Agreement, APR provided the two TM2500+ GEN8 turbines. Exhibit A, p.2, Technical Summary/High level DOR; Exhibit A, p.3, Pricing/Currency; Exhibit A, p.4, Terms & Conditions.

21.     Pursuant to the Agreement, APR also provided the mobilization, installation, commissioning, transportation, power plant engineering, operations, and maintenance for the two TM2500+ GEN8 gas turbine packages at the Pemex Salina Cruz oil refinery.  Exhibit A, p.2, Technical Summary/High level DOR; Exhibit A, p.3, Pricing/Currency; Exhibit A, p.4, Terms & Conditions; Exhibit B.

22.     Pursuant to the Agreement, the monthly rental rate due from GE to APR for each turbine was $950,000.00.  Exhibit A, p. 3, Pricing/Currency.

23.     In addition, it was anticipated that the rental invoices would be grossed up for tax. Exhibit A, p. 4, Taxation.

24.     Thus, the total rent due from GE to APR each month for each TM2500+ GEN8 turbine was $1,055,555.66.

25.     APR invoiced GE $1,055,555.56 for the rent due on the first TM2500+ GEN8 turbine for each of the time periods November 2017; December 7, 2017 to January 5, 2018; January 6, 2018 to February 4, 2018; and February 5, 2018 to March 4, 2018.  Exhibit C, Invoice numbers 200027-004, 200027-010, 200027-016, and 200027-022.   Together, these invoices totaled $4,222,222.24.

26.     APR invoiced GE $1,055,555.56 for the rent due on the second TM2500+ GEN8 turbine for each of the time periods November 10, 2017 to December 9, 2017; December 10, 2017 to January 8, 2018; and January 9, 2018 to February 7, 2018.  Exhibit C, Invoice numbers 200027-007, 200027-012, and 200027-018.  Together, these invoices totaled $3,166,666.68.

27.     GE has failed to pay the invoiced amounts described in paragraphs 25 and 26.

28.     APR has met its obligations to provide O&M labor for each turbine.

29.     Pursuant to the Agreement, GE was obligated to pay APR the monthly price of $42,750 for each turbine for O&M Labor.  Exhibit A, p. 3, Pricing/Currency.

30.     APR invoiced GE $42,750 for the O&M labor for the first turbine for each of the time periods December 7, 2017 to January 5, 2018; January 6, 2018 to February 4, 2018; and February 5, 2018 to March 4, 2018. Exhibit C, Invoice numbers 200027-009, 200027-017, and 200027-023.  Together, these invoices totaled $128,250.

31.     APR invoiced GE $42,750 for the O&M labor for the second turbine for each of the time periods November 10, 2017 to December 9, 2017; December 10, 2017 to January 8, 2018; and January 9, 2018 to February 7, 2018. Exhibit C, Invoice numbers 200027-008, 200027-011, and 200027-019.  Together, these invoices totaled $128,250.

32.     GE has failed to pay the invoiced amounts described in paragraphs 30 and 31.

33.     In addition the Agreement required GE to pay APR $237.50 for every hour the turbines were fired on diesel.  Exhibit A, p. 3, Pricing/Currency.

34.     APR fired the first turbine for 501.53 hours from November 7, 2017 to December 6, 2017 and APR invoiced GE $119,113.38 for those fired hours; APR fired the first turbine for 692.9 hours from December 7, 2017 to January 5, 2018 and APR invoiced GE $164,563.75 for those fired hours; and APR fired the first turbine for 729.93 hours from January 6, 2018 to February 5, 2018 and APR invoiced GE $173,358.38 for those fired hours.  Exhibit C, Invoice numbers 200027-013, 200027-020, and 200027-026. Together, these invoices totaled $457,035.51.

35.     APR fired the second turbine for 620.23 hours from November 10, 2017 to December 9, 2017 and APR invoiced GE $147,304.63 for those fired hours; APR fired the second turbine for 701.72 hours from December 10, 2017 to January 8, 2018 and APR invoiced

GE $166,658.50 for those fired hours; and APR fired the second turbine for 558.7 hours from January 9, 2018 to February 8, 2018 and APR invoiced GE $132,691.25 for those fired hours. Exhibit C, Invoice numbers 200027-014, 200027-021, and 200027-027.  Together, these invoices totaled $446,654.38.

36.     GE has failed to pay the invoiced amounts described in paragraphs 34 and 35.

37.     APR met its obligations to provide power plant engineering, transportation, and operations and maintenance services, including project management, troubleshooting, T&L, and overhead of the entire plant.

38.     APR invoiced GE for $1,910,210.74 in respect of project management, engineering, troubleshooting, T&L and overhead of the entire plant.  Exhibit C, Invoice number 200027-052.

39.     GE failed to pay the invoiced amount described in paragraph 38.

40.     Together, the invoices described in paragraphs 25, 26, 30, 31, 34, 35, and 38 are for amounts that total $10,459,298.55 which are currently due and owing to APR.

41.     These invoices are for services that APR rendered to GE pursuant to the Agreement.

42.     GE is obligated to pay APR $10,459,298.55.

43.     GE has failed to pay APR $10,459,298.55.

**FIRST CLAIM FOR RELIEF**
**(Breach of the Agreement)**

44.     APR incorporates paragraphs 1-43 as though fully set forth herein.

45.     The Agreement is a contract between GE and APR.

46.     APR has duly performed its obligations under the Agreement.

47.    GE breached the Agreement by failing to pay APR the amounts reflected on the invoices attached as Exhibit C.

48.    GE's breach of the Agreement was material.

49.    As a result of GE's breach, APR has been damaged in the amount of $10,459,298.55, as well as pre-judgment and post-judgment interest until GE pays APR.

**WHEREFORE**, APR demands judgment in its favor for the damages sought herein, attorneys' fees and costs, prejudgment and post-judgment interest, and any other relief the Court deems just and proper.

### SECOND CLAIM FOR RELIEF
### (Quantum Meruit)

50.    APR incorporates paragraphs 1-49 as though fully set forth herein.

51.    GE knowingly and voluntarily requested, assented to, and received APR's services, including but not limited to, the mobilization, installation, commissioning, operations, and maintenance for the two TM2500+ GEN8 gas turbine packages at the Pemex Salina Cruz oil refinery and provided the two TM2500+ GEN8 turbines in accordance with GE's request.

52.    The services that GE received were of value to GE.

53.    APR's services were performed under circumstances in which the parties understood and intended that compensation was to be paid to APR.  These circumstances included representations by GE that it would compensate APR for APR's services.

54.    APR faithfully and diligently provided the services for the benefit of GE.  GE received and appreciated the benefit of APR's services.

55.    GE has failed, and continues to fail, to pay APR the amount of $10,459,298.55, for the reasonable value of the services.

56.    As a result, GE has been unjustly enriched and accordingly, APR is entitled to the reasonable value of the services provided.

**WHEREFORE**, APR demands judgment in its favor for the damages sought herein, attorneys' fees and costs, prejudgment and post-judgment interest, and any other relief the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

APR hereby demands a trial by jury of all issues so triable.

Dated: June 11, 2019

**SHUTTS & BOWEN LLP**

*/s/ Harold E. Patricoff*
Harold E. Patricoff (Bar No. 508357)
Daria Pustilnik (Bar No. 92514)
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131
Telephone: (305) 347-7800
Facsimile: (305) 347-7810
HPatricoff@shutts.com
DPustilnik@shutts.com

*Attorneys for Plaintiff APR*